# Court of Appeals
# of the State of Georgia

ATLANTA,  June 06, 2022

*The Court of Appeals hereby passes the following order:*

## A22A0535. NWACHUKWU v. FERGUSON.

We granted Ejimah Nwachukwu's application for discretionary review of the trial court's entry of a final order imposing civil contempt penalties and awarding attorney fees under OCGA § 19-6-2. After careful review of the entire record in this case, we conclude that the application for discretionary review was improvidently granted, and it is ordered that this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  06/06/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*